JS-6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES DAVIS, an individual, and LINDA DAVIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COX YACHT INSURANCE AGENCY, INC., a California corporation,<br><br>Defendants. | Case No. SACV 14-01984-JLS-(JCGx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

014725.00010
12802971.1

ORDER DISMISSING ACTION WITH PREJUDICE

- 2 -

1  Based on the Stipulation re Dismissal of Action With Prejudice filed herewith
2  by and through the parties respective attorneys of record and good cause appearing,
3  the Court orders as follows:
4  The entire action is hereby dismissed with prejudice, with each party to bear
5  their own attorney's fees and costs.

6

7  Dated:  February 09, 2015

8

9  <u>JOSEPHINE L. STATON</u>
   Hon. Josephine L. Staton
10  United States District Court,
   Central District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
ORDER DISMISSING ACTION WITH PREJUDICE